# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Seabrook Apartments, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:19-cv-00611-AG-KES |
| Andee Melba, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                                      United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:
Improper removal. Plaintiff could not have initiated this unlawful detainer ("UD") action in federal court. See Order Remanding Case to State Court.

April 2, 2019                                      /s/ Hon. Karen E. Scott
Date                                                    United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court.

April 2, 2019                                      _____
Date                                                    United States District Judge